**BANK OF NEW YORK MELLON f/k/a The Bank of New York, as Trustee for the Certificateholders Cwabs, Inc., Asset–Backed Certificates, Series 2006–24, Plaintiff/Respondent,**

v.

**Byron HAYES, Defendant/Appellant,**

and

**Akella Wicker, Quinton Clemmons, and John Doe, Defendants.**

No. ED 98284.

Missouri Court of Appeals, Eastern District, Division Two.

Feb. 19, 2013.

Scott D. Mosier, Millsap & Singer, LLC, Chesterfield, MO, for respondent.

Byron Hayes, St. Louis, MO, Acting Pro se.

Before KATHIANNE KNAUP CRANE, P.J., MARY K. HOFF, J., and LISA VAN AMBURG, J.

*ORDER*

PER CURIAM.

Defendant, Byron Hayes, appeals *pro se* from an adverse judgment in an action seeking foreclosure and other relief. The judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. *Murphy v. Carron,* 536 S.W.2d 30, 32 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm pursuant to Rule 84.16(b).